%JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**   Category No. **III**   Investigating Agency  **IRS/HUD-OIG/DOL/ HSI/Cambridge PD Boston PD**

**City** Boston

**County** Suffolk

**Related Case Information:**

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  13-MJ-4003-DHH
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  Edward J. Tutunjian   Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name _____

Address   (City & State)  Belmont, MA

Birth date (Yr only): 1949   SSN (last4#): 5968   Sex M   Race: white   Nationality: US

Defense Counsel if known:  Andrew Good   Address  83 Atlantic Avenue

Bar Number  201240                             Boston, MA 02110

**U.S. Attorney Information:**

AUSA  Michael L. Tabak & Sandra S. Bower   Bar Number if applicable   Tabak: BBO#568890
Bower: 787700 (FL)

Interpreter:  ☐ Yes  ☑ No   List language and/or dialect: _____

Victims:  ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

Matter to be SEALED:   ☐ Yes  ☑ No

☐ Warrant Requested          ☑ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☑ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☐ Felony  7

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  5/2/16       Signature of AUSA:  *Michael L. Tabak*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**   Edward J. Tutunjian

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 26 USC 7201 | Tax Evasion | 1-5 |
| Set 2 | 8USC1324a(a)(1)(A) <br> 8 USC 1324a(a)(2) & (f)(1) | Employing Unauthorized Aliens | 6 |
| Set 3 | 29USC 207(a)(1), 215(a)(2) <br> & 29 USC 216 | Failure to Comply with Fair Labor Standards Act | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

≈JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

**Criminal Case Cover Sheet**                                       **U.S. District Court - District of Massachusetts**

**Place of Offense:**         **Category No.** III          **Investigating Agency**  IRS/HUD-OIG/DOL/
                                                                                      HSI/Cambridge PD
**City**  Boston              **Related Case Information:**                           Boston PD

**County**  Suffolk           Superseding Ind./ Inf. _____  Case No. _____
                              Same Defendant _____          New Defendant _____
                              Magistrate Judge Case Number _____
                              Search Warrant Case Number  13-MJ-4003-DHH
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  EJT Management, Inc.                  Juvenile:   ☐ Yes  ☑ No

                Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address         (City & State)  Boston, MA

Birth date (Yr only): ____  SSN (last4#): ____  Sex ____  Race: ____  Nationality: ____

**Defense Counsel if known:**   Andrew Good            **Address**  83 Atlantic Avenue

**Bar Number**  201240                                              Boston, MA 02110

**U.S. Attorney Information:**

AUSA    Michael L. Tabak & Sandra S. Bower        Bar Number if applicable    Tabak: BBO#568890
                                                                              Bower: 787700 (FL)

Interpreter:   ☐ Yes  ☑ No          List language and/or dialect: _____

Victims:       ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☑ No

Matter to be SEALED:    ☐ Yes   ☑ No

        ☐ Warrant Requested          ☑ Regular Process              ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

Charging Document:   ☐ Complaint    ☑ Information    ☐ Indictment
Total # of Counts:   ☐ Petty —  ☐ Misdemeanor —  ☑ Felony  1

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  8/2/16         Signature of AUSA:  _Michael L. Tabak_

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   EJT Management, Inc.

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 641 & 2 | Aiding and Abetting Theft of Public Money | 8 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____