Docket

October 3, 2016

Hon. Douglas P. Woodlock
U.S. District Court
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA  02210

Dear Judge Woodlock:

We are writing to express our support for Mr. Edward Tutunjian, whose case you will be hearing soon.

We are long time members of St. Stephen's Armenian Church in Watertown, MA, as is Edward. Knowing him for many years we were quite shocked to read the bad publicity he has gotten regarding his case.

We know Edward as a sincere and generous family man and regular church parishioner. Through our involvement with the church's annual bazaar auction committee and the Ladies Guild we have personally called upon Edward on numerous occasions for donations, to which he has always responded with his generosity.

We understand that Edward may not have acted properly, but we do stand behind him as a good and decent man and Christian. We hope you will take into consideration our comments as you study his case. Thank you.

Sincerely,

Robert and Anita Megerdichian

50 Chilton Street
Cambridge, MA  02138