Jude E. Nwankwo
99 Orton St., Ext.
Worcester, MA 01604
10-28-2016

Hon. Douglas P. Woodlock,
U.S. District Court
John Joseph Moakley U.S. Courthouse,
One Courthouse Way,
Boston, MA  02210

Dear Judge Woodlock,
    I write this letter to you regarding Mr. Edward Tutunjian, of Boston Cab Association. My names are Mr. Jude Enebeli Nwankwo of the above address.  As a Boston Cab driver, I have known Eddie for nearly two decades.  When the news of his trouble with the law was first reported, I could not believe the allegations because that was not true of the man I've known all these years.
    As a humble person, he has on several occasions eaten together with some of the drivers and his employees.  He is also a kind man who has allowed drivers to park their cars without any payment.  He allows drivers who still owe the company to continue to drive till they are able to pay off.
    In the past, a friend bought a car and Mr. Tutunjian helped to finance it with no interest charges.  He also helped others to purchase their medallions.  At the end of every year, he organizes a party for the drivers.  He jokes with drivers irrespective of his status.  Most of all, Eddie has attended the funerals of all the deceased cab drivers, including that of my late cousin Anthony.  He also goes to drivers' weddings.  When I was involved in a motor accident both him and his wife called the hospital to make sure I was alright.  There are so many good things to say about this fine man Eddie.  Therefore, I can assure you sir that though he made a mistake, that he is not a bad man and does not belong to prison.  Please your honor, kindly use your good office and judgement to spare Eddie.

Thanks,
Sincerely,

Jude E. Nwankwo
99 Orton St., Ext.
Worcester, MA 01604



BOSTON MA 021
25 OCT 2016 PM 4 L

Hon. Douglas P. Woodlock,
U.S. District Court
John Joseph Moakley U.S. Courthouse,
One Courthouse Way,
Boston, MA  02210

02210-300635