Crane's®

Hon. Douglas P. woodLock,
U-S. District Court,
John Joseph Moakley U.S. Courthouse,
One Courthouse Way,
Boston, Ma. 02210.

Dear Judge WoodLock,

I am writing this letter on behalf of my friend Edward Tutunjian. I have good working relationship with Edward Tutunjian for over twenty years. I base cab from his company. Edward Tutunjian is currently facing a jail time because of mistake he made. Edward Tutunjian is a complete gentleman. He is a humble man and above all, he is a nice and kindman. On numerous occassions he came to my rescue when I am broke. He does same to many others. Should Edward go to jail it will be tragic. Please, your honour, you have the power to prevent this from happening. Edward Tutunjian is a human. Human makes mistake. You are not assured it will not happen again. Thank you very much for

*Crane's®*

taking the time to read this.

Very truely yours

Dominic Egbujie.